# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00368-CV

**Laura Pressley, Appellant**

**v.**

**Gregorio "Greg" Casar, Appellee**

## NO. 03-15-00505-CV

**David Rogers, Appellant**

**v.**

**Gregorio "Greg" Casar, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-05-00374, HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

### O R D E R

**P E R   C U R I A M**

Appellant David Rogers has filed an unopposed motion to consolidate the appeals in the above cause numbers. Both appeals concern the same causes of action, statutes, and factual matters, and both causes were considered together before the trial court. We therefore grant appellant Rogers' unopposed motion to consolidate the causes for purposes of consideration; both

cause numbers will continue, and the merits of the appeals will be considered together. Because Cause No. 03-15-00368-CV has been docketed as accelerated, both cause numbers will proceed as accelerated according to the deadlines set forth for accelerated appeals in the Texas Rules of Appellate Procedure.

It is ordered September 17, 2015.


Before Justices Puryear, Goodwin, and Bourland